MAY 29, 1957

**No. 60814.**—SUIT 4875.—United States *v.* Cody Manufacturing Co., Inc., and Rohner Gehrig & Co., Inc.—

C. A. D. 639.

**No. 60815.**—SUIT 4891.—United States (Bellhouse Louver Windows, Party in Interest) *v.* Pittsburgh Plate Glass Co.—

—C. D. 1782 affirmed March 29, 1957.    C. A. D. 646.